People of the State of Illinois, Plaintiff-Appellee, v. Alexander Griffin, Defendant-Appellant.

Gen. No. 50,200. (Abstract of Decision.)

First District, Third Division.

October 20, 1966.

J. Edward Jones, of Blue Island, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and E. Roger Horsky, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.